IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN P. RAYCHEL, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL PURSUANT TO** |
| Plaintiff, | ) **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) |
| v. | ) |
| | ) |
| | ) **2:11-cv-05409-LDW-WDW** |
| CARDWORKS SERVICING, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JOHN P. RAYCHEL and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant CARDWORKS SERVICING, LLC.

Dated:     December 23, 2011

By: _/s/ Allison Polesky_
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Phone: 866-479-9500
Facsimile: 866-688-4300
Attorney for Plaintiff JOHN P. RAYCHEL