D + F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN P. RAYCHEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARDWORKS SERVICING, LLC<br><br>　　　　　Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>2:11-cv-05409-LDW-WDW<br><br>**FILED**<br>IN CLERK'S OFFICE<br>DISTRICT COURT E D N Y<br><br>★　JAN 03 2012　★<br><br>**LONG ISLAND OFFICE** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JOHN P. RAYCHEL and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant CARDWORKS SERVICING, LLC.

Dated:　　December 23, 2011

By: _/s/ Allison Polesky_
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Phone: 866-479-9500
Facsimile: 866-688-4300
Attorney for Plaintiff JOHN P. RAYCHEL

So Ordered

s/ Leonard D. Wexler

Dated: Central Islip ny
1/3/12